UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Filed Electronically*

| | |
|---|---|
| CLIFTON MCKEE, | ) |
| | ) Case No. 3:17-cv-732-RGJ |
| Plaintiff *Pro Se*, | ) |
| | ) Regina S. Edwards, United States |
| vs. | ) Magistrate Judge |
| | ) |
| ANTHEM HEALTH PLANS OF | ) |
| KENTUCKY, INC., d/b/a ANTHEM | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Clifton McKee having agreed to dismiss his claims against Defendant, Anthem Health Plans of Kentucky, Inc., d/b/a Anthem Blue Cross and Blue Shield, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that all claims of Plaintiff Clifton McKee against Defendant, Anthem Health Plans of Kentucky, Inc., d/b/a Anthem Blue Cross and Blue Shield, in the above-referenced matter, are hereby **DISMISSED** in their entirety **WITH PREJUDICE**.

This is a final Order and there is no just cause for delay in its entry. Each party shall bear its own costs.

HAVE SEEN AND AGREED:

_____
Clifton McKee, *Pro Se*

/s/ Gene F. Price
Gene F. Price
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
gprice@fbtlaw.com
*Counsel for Defendant, Anthem*